**Order entered December 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00744-CV**

**IN THE INTEREST OF S.M.A. AND N.N.F., CHILDREN**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-07076**

**ORDER**

Before the Court is appellant's December 17, 2021 motion for an extension

of time to file her brief on the merits. We **GRANT** the motion and extend the time

to **January 28, 2022**.

/s/    KEN MOLBERG
       JUSTICE